# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212-213-1715
mnicholas@spearsimes.com

October 25, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

        Re:    *Securities and Exchange Commission v. Fernando Moraes*,
                 22 Civ. 8343 (RA)

Dear Judge Abrams:

      I respectfully write in connection with the Court's October 6, 2022 Order in this case, which directed plaintiff Securities and Exchange Commission (the "SEC") to file a letter with the Court explaining the purpose and necessity of one of the provisions in the proposed consent judgment, and to explain why that provision did not constitute a prior restraint on speech that would infringe on defendant Fernando Moraes's First Amendment rights.  The SEC filed its letter on October 18, 2022, and the Court provided Mr. Moraes with an opportunity to respond to the SEC's letter.

      Mr. Moraes appreciates the opportunity that the Court has provided him to respond.  Without taking any position on the questions posed to the SEC by the Court, Mr. Moraes does not wish to contest the terms of the proposed consent judgment in this case, and respectfully declines to respond to the SEC's letter.

                                                                  Respectfully submitted,

                                                                 /s/_____
                                                                 Max Nicholas
                                                                Attorney for Fernando Moraes